# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dean, on Behalf of Himself | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 16-03817-RGK (JEMx) |
| v. | |
| Ad Astra Recovery Services, Inc., et al. | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 06/17/2016 | 6 | Answer |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

The document is stricken.

Clerk, U.S. District Court

Dated: 06/24/2016                         By: S. Williams
                                              Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge