**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA  92626-1925
TELEPHONE 714-668-2400
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
 d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dean, on Behalf of Himself,<br><br>Plaintiff,<br><br>vs.<br><br>Ad Astra Recovery Services, Inc, Equifax, TransUnion, Experian,<br><br>Defendants. | Case No. 2:16-cv-03817 RGK (JEMx)<br><br>Hon. R. Gary Klausner, Courtroom 850<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF INTERESTED PARTIES** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Trans Union LLC ("Trans Union") hereby files this Notice of Interested Parties.  The undersigned counsel for Trans Union certifies that the following listed parties are associated with Trans Union and may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Parent Companies:  Trans Union LLC is wholly owned by TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, formerly known as TransUnion Holding Company, Inc.  TransUnion is a publicly traded entity.  Advent

1  International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group,
2  Inc., a publicly traded entity, together own a majority of the stock in TransUnion.
3      No public company directly owns 10% or more of the stock in Trans Union
4  LLC. TransUnion, a publicly traded entity, owns more than 10% of the stock in
5  TransUnion Intermediate Holdings, Inc.  Goldman Sachs Group, Inc., a publicly
6  traded entity, through GS Capital Partners, owns more than 10% of the stock in
7  TransUnion.
8      In addition, Trans Union believes that the other parties to this action may
9  have a direct, pecuniary interest in the outcome of this case; however, Trans Union
10 lacks sufficient information or belief with regard to whether they have any related
11 entities which may be similarly interested.
12
13 DATED:  June 27, 2016          MUSICK, PEELER & GARRETT LLP
14
15
16                                By:     */s/  Donald E. Bradley*
                                         Donald E. Bradley
17                                       Attorneys for Defendant TRANS UNION LLC

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

999224.1

2

DEFENDANT TRANS UNION LLC'S NOTICE OF INTERESTED PARTIES

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On June 27, 2016, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Costa Mesa, California.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 27, 2016, at Costa Mesa, California.

                                           */s/ April M. Yusay*
                                           April M. Yusay

## SERVICE LIST

| | |
|---|---|
| Dean Norman Mitchell, Estate<br>General Delivery<br>In Care Of: 4800 August Street, Unit 10<br>Los Angeles, CA  90008-9998<br>Phone:  (562) 920-2626<br>Email:  Mitch48@yahoo.com<br>*Plaintiff in Pro Per*<br>**BY MAIL** | Michael Goldsmith<br>GOLDSMITH & HULL APC<br>16933 Parthenia Street, Suite 110<br>Northridge, CA  91343<br>Phone: (818) 990-6600<br>Fax:    (818) 990-6140<br>Email: mgoldsmith@goldsmithcalaw.com<br>*Attorneys for Defendant Ad Astra Recovery Services, Inc.* |

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

999224.1

4

DEFENDANT TRANS UNION LLC'S NOTICE OF INTERESTED PARTIES