Michael A. Deshong (State Bar No. 301041)
mdeshong@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN, ON BEHALF OF HIMSELF,<br><br>Plaintiff,<br><br>v.<br><br>AD ASTRA RECOVERY SERVICES, INC, EQUIFAX, TRANSUNION, EXPERIAN,<br><br>Defendants. | Case No. 2:16-cv-03817-RGK-JEM<br><br>Assigned to Judge R. Gary Klausner<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND**<br><br>Complaint filed: June 1, 2016 |

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Dean Mitchell's ("Plaintiff") Complaint (the "Complaint") as follows:

## JURISDICTIONAL ALLEGATIONS

In response to the un-numbered paragraphs comprising the "Jurisdictional Allegations" of the Complaint, Experian admits that Plaintiff has alleged money damages in excess of $75,000. Experian further admits that it has a place of business at 475 Anton Boulevard in Costa Mesa, California. As to the allegations in the un-numbered paragraphs comprising the "Jurisdictional Allegations" of the Complaint that relate to the Plaintiff and/or the other defendants, Experian is

without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every such allegation contained in the un-numbered paragraphs comprising the "Jurisdictional Allegations" of the Complaint.

## I. PRELIMINARY STATEMENT

1. In response to paragraph 1 of the Complaint, Experian admits that Plaintiff's Complaint purports to state claims under the FCRA and claims for defamation and negligence against the named defendants. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation therein that relates to Experian. As to the allegations in paragraph 1 that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 1 of the Complaint.

2. In response to paragraph 2 of the Complaint, Experian denies, generally and specifically, each and every allegation therein that relates to Experian. As to the allegations in paragraph 2 that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 2 of the Complaint.

## II. PARTIES

3. In response to paragraph 3 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 3 of the Complaint.

4. In response to paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 4 of the Complaint.

5. In response to paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 5 of the Complaint.

6. In response to paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 6 of the Complaint.

7. In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 7 of the Complaint.

8. In response to paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 8 of the Complaint.

9. In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 9 of the Complaint.

10. In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 10 of the Complaint.

11. In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

1  allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 11 of the Complaint.

12. In response to paragraph 12 of the Complaint, Experian admits that it is an Ohio corporation with its headquarters in Costa Mesa, California. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation contained in paragraph 12 of the Complaint.

13. In response to paragraph 13 of the Complaint, Experian admits that it is a "consumer reporting agency" as that term is defined by 15 U.S.C. § 1681a(f). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 13 of the Complaint.

### III. JURISDICTION

14. In response to paragraph 14 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 15 U.S.C. § 1681(p) [sic]; 28 U.S.C. § 1331; and because the alleged transactions occurred in Los Angeles County. Experian states these jurisdictional allegations involve a legal conclusion which is not subject to denial or admission. As to the factual allegations contained in paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 14 of the Complaint.

### IV. FACTUAL BACKGROUND

15. In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 15 of the Complaint.

16. In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

1 allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 16 of the Complaint.

17. In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 17 of the Complaint.

18. In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 18 of the Complaint.

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 19 of the Complaint.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 20 of the Complaint.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 21 of the Complaint.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 22 of the Complaint.

23. In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the

allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 23 of the Complaint.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 24 of the Complaint.

25. In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 25 of the Complaint.

26. In response to paragraph 26 of the Complaint, Experian denies that it failed to conduct a reasonable reinvestigation or failed to review all relevant information provided by Plaintiff. As to the remaining allegations in paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained in paragraph 26 of the Complaint.

27. In response to paragraph 27 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 27 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 27 of the Complaint.

## V. CLAIMS
### Negligence – AARS

28. In response to paragraph 28 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1–27 as if fully set forth herein.

1  29.   In response to paragraph 29 of the Complaint, Experian denies,
2  generally and specifically, each and every allegation contained therein that relates
3  to Experian.  As to the allegations in paragraph 29 that relate to the other defendant,
4  Experian is without knowledge or information sufficient to form a belief as to the
5  truth of those allegations and, on that basis, denies, generally and specifically, each
6  and every remaining allegation of paragraph 29 of the Complaint.
7  30.   In response to paragraph 30 of the Complaint, Experian denies,
8  generally and specifically, each and every allegation contained therein that relates
9  to Experian.  As to the allegations in paragraph 30 that relate to the other defendant,
10 Experian is without knowledge or information sufficient to form a belief as to the
11 truth of those allegations and, on that basis, denies, generally and specifically, each
12 and every remaining allegation of paragraph 30 of the Complaint.

### Negligence – Equifax

14 31.   In response to paragraph 31 of the Complaint, Experian hereby repeats
15 and incorporates by reference its responses to paragraphs 1–30 as if fully set forth
16 herein.
17 32.   In response to paragraph 32 of the Complaint, Experian is without
18 knowledge or information sufficient to form a belief as to the truth of those
19 allegations and, on that basis, denies, generally and specifically, each and every
20 allegation of paragraph 32 of the Complaint.
21 33.   In response to paragraph 33 of the Complaint, Experian is without
22 knowledge or information sufficient to form a belief as to the truth of those
23 allegations and, on that basis, denies, generally and specifically, each and every
24 allegation of paragraph 33 of the Complaint.
25 34.   In response to paragraph 34 of the Complaint, Experian is without
26 knowledge or information sufficient to form a belief as to the truth of those
27 allegations and, on that basis, denies, generally and specifically, each and every
28 allegation of paragraph 34 of the Complaint.

1                                                 **Negligence – TransUnion**

2        35.     In response to paragraph 35 of the Complaint, Experian hereby repeats
3 and incorporates by reference its responses to paragraphs 1–34 as if fully set forth
4 herein.

5        36.     In response to paragraph 36 of the Complaint, Experian is without
6 knowledge or information sufficient to form a belief as to the truth of those
7 allegations and, on that basis, denies, generally and specifically, each and every
8 allegation of paragraph 36 of the Complaint.

9        37.     In response to paragraph 37 of the Complaint, Experian is without
10 knowledge or information sufficient to form a belief as to the truth of those
11 allegations and, on that basis, denies, generally and specifically, each and every
12 allegation of paragraph 37 of the Complaint.

13                                                 **Negligence – Experian**

14       38.     In response to paragraph 38 of the Complaint, Experian hereby repeats
15 and incorporates by reference its responses to paragraphs 1–37 as if fully set forth
16 herein.

17       39.     In response to paragraph 39 of the Complaint, Experian denies,
18 generally and specifically, each and every allegation contained therein that relates
19 to Experian. As to the allegations in paragraph 39 that relate to the other defendant,
20 Experian is without knowledge or information sufficient to form a belief as to the
21 truth of those allegations and, on that basis, denies, generally and specifically, each
22 and every remaining allegation of paragraph 39 of the Complaint.

23       40.     In response to paragraph 40 of the Complaint, Experian denies,
24 generally and specifically, each and every allegation contained therein that relates
25 to Experian. As to the allegations in paragraph 40 that relate to the other defendant,
26 Experian is without knowledge or information sufficient to form a belief as to the
27 truth of those allegations and, on that basis, denies, generally and specifically, each
28 and every remaining allegation of paragraph 40 of the Complaint.

1  41. In response to paragraph 41 of the Complaint, Experian denies,
2 generally and specifically, each and every allegation contained therein that relates
3 to Experian. As to the allegations in paragraph 41 that relate to the other defendant,
4 Experian is without knowledge or information sufficient to form a belief as to the
5 truth of those allegations and, on that basis, denies, generally and specifically, each
6 and every remaining allegation of paragraph 41 of the Complaint.

**Defamation – AARS**

8  42. In response to paragraph 42 of the Complaint, Experian hereby repeats
9 and incorporates by reference its responses to paragraphs 1–41 as if fully set forth
10 herein.

11  43. In response to paragraph 43 of the Complaint, Experian is without
12 knowledge or information sufficient to form a belief as to the truth of those
13 allegations and, on that basis, denies, generally and specifically, each and every
14 allegation of paragraph 43 of the Complaint.

15  44. In response to paragraph 44 of the Complaint, Experian is without
16 knowledge or information sufficient to form a belief as to the truth of those
17 allegations and, on that basis, denies, generally and specifically, each and every
18 allegation of paragraph 44 of the Complaint.

**Defamation – Equifax**

20  45. In response to paragraph 45 of the Complaint, Experian hereby repeats
21 and incorporates by reference its responses to paragraphs 1–44 as if fully set forth
22 herein.

23  46. In response to paragraph 46 of the Complaint, Experian is without
24 knowledge or information sufficient to form a belief as to the truth of those
25 allegations and, on that basis, denies, generally and specifically, each and every
26 allegation of paragraph 46 of the Complaint.

27  47. In response to paragraph 47 of the Complaint, Experian is without
28 knowledge or information sufficient to form a belief as to the truth of those

allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 47 of the Complaint.

### Defamation – TransUnion

48.  In response to paragraph 48 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1–47 as if fully set forth herein.

49.  In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 49 of the Complaint.

### Defamation – Experian

50.  In response to paragraph 50 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1–49 as if fully set forth herein.

51.  In response to paragraph 51 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

52.  In response to paragraph 52 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

### Negligent Violation of the Fair Credit Reporting Act – AARS

53.  In response to paragraph 53 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1–52 as if fully set forth herein.

54.  In response to paragraph 54 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 54 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 54 of the Complaint.

55. In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 55 of the Complaint.

**Negligent Violation of the Fair Credit Reporting Act – Equifax**

56. In response to paragraph 56 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1–55 as if fully set forth herein.

57. In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 57 of the Complaint.

58. In response to paragraph 58 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 58 of the Complaint.

**Negligent Violation of the Fair Credit Reporting Act – TransUnion**

59. In response to paragraph 59 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1–58 as if fully set forth herein.

60. In response to paragraph 60 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 60 of the Complaint.

**Negligent Violation of the Fair Credit Reporting Act – Experian**

61. In response to paragraph 61 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1–60 as if fully set forth herein.

1   62.   In response to paragraph 62 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

3   63.   In response to paragraph 63 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

**Willful Violation of the Fair Credit Reporting Act – AARS**

64.   In response to paragraph 64 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1–63 as if fully set forth herein.

65.   In response to paragraph 65 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in paragraph 65 that relate to the other defendant, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 65 of the Complaint.

66.   In response to paragraph 66 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 55 of the Complaint.

**Willful Violation of the Fair Credit Reporting Act – Equifax**

67.   In response to paragraph 67 of the Complaint, Experian hereby repeats and incorporates by reference its responses to paragraphs 1–66 as if fully set forth herein.

68.   In response to paragraph 68 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 68 of the Complaint.

69.   In response to paragraph 69 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of those

1  allegations and, on that basis, denies, generally and specifically, each and every
2  allegation of paragraph 69 of the Complaint.
3       70.   In response to paragraph 70 of the Complaint, Experian is without
4  knowledge or information sufficient to form a belief as to the truth of those
5  allegations and, on that basis, denies, generally and specifically, each and every
6  allegation of paragraph 70 of the Complaint.

**Willful Violation of the Fair Credit Reporting Act – TransUnion**

8       71.   In response to paragraph 71 of the Complaint, Experian hereby repeats
9  and incorporates by reference its responses to paragraphs 1–70 as if fully set forth
10 herein.
11      72.   In response to paragraph 72 of the Complaint, Experian is without
12 knowledge or information sufficient to form a belief as to the truth of those
13 allegations and, on that basis, denies, generally and specifically, each and every
14 allegation of paragraph 72 of the Complaint.
15      73.   In response to paragraph 73 of the Complaint, Experian is without
16 knowledge or information sufficient to form a belief as to the truth of those
17 allegations and, on that basis, denies, generally and specifically, each and every
18 allegation of paragraph 73 of the Complaint.

**Willful Violation of the Fair Credit Reporting Act – Experian**

20      74.   In response to paragraph 74 of the Complaint, Experian hereby repeats
21 and incorporates by reference its responses to paragraphs 1–73 as if fully set forth
22 herein.
23      75.   In response to paragraph 75 of the Complaint, Experian denies,
24 generally and specifically, each and every allegation contained therein.
25      76.   In response to paragraph 76 of the Complaint, Experian denies,
26 generally and specifically, each and every allegation contained therein.
27      77.   In response to paragraph 77 of the Complaint, Experian denies,
28 generally and specifically, each and every allegation contained therein.

## RESPONSE TO PRAYER FOR RELIEF

In response to the un-numbered paragraph, and the sub-paragraphs numbered 1 through 4, in this section of the Complaint, Experian denies that it has violated the FCRA and denies Plaintiff is entitled to any alleged damages, fees, costs, injunctive relief or any other relief as against Experian. Experian admits that Plaintiff has demanded a trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
(FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE
(IMMUNITY)

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

### THIRD AFFIRMATIVE DEFENSE
(TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### FOURTH AFFIRMATIVE DEFENSE
(INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FIFTH AFFIRMATIVE DEFENSE
### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

## SIXTH AFFIRMATIVE DEFENSE
### (LACHES)

The claim for relief set forth in the Complaint is barred by the doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE
### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff herself, and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH AFFIRMATIVE DEFENSE
### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

## NINTH AFFIRMATIVE DEFENSE
### (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## TENTH AFFIRMATIVE DEFENSE
### (UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

### ELEVENTH AFFIRMATIVE DEFENSE
### (INDEPENDENT INTERVENING CAUSE)

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

### TWELFTH AFFIRMATIVE DEFENSE
### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (IMPROPER REQUEST FOR PUNITIVE DAMAGES)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

### FOURTEENTH AFFIRMATIVE DEFENSE
### (MOOTNESS)

Plaintiff's claim is barred, in whole or in part, to the extent that the claim or relief sought is moot.

### FIFTEENTH AFFIRMATIVE DEFENSE
### (WAIVER)

Plaintiff's claim is barred, in whole or in part, by the doctrine of waiver.

## SIXTEENTH AFFIRMATIVE DEFENSE

(PREEMPTION – ALL CAUSES OF ACTION)

Experian alleges that Plaintiff's is asserting claims under state law that are preempted by the federal Fair Credit Reporting Act.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) For costs of suit and attorneys' fees herein incurred; and

(3) For such other and further relief that this Court may deem necessary and proper.

Dated: June 29, 2016

JONES DAY

By: */s/Michael A. Deshong*
Michael A. Deshong

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I, Michael A. Deshong, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On June 29, 2016, I served a copy of the **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Michael Lawrence Goldsmith<br>Goldsmith & Hull APC<br>16933 Parthenia Street Suite 110<br>Northridge, CA 91343<br>T: (818) 990-6600<br>F: (818) 990-6140<br>Email: govdept1@goldsmithcalaw.com<br>*Attorney for Ad Astra Recovery Services, Inc.* | Donald E. Bradley<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive Suite 1200<br>Costa Mesa, CA 92626-1925<br>T: (714) 668-2400<br>F: (714) 668-2490<br>Email: d.bradley@mpglaw.com<br>*Attorney for TransUnion* |

Executed on June 29, 2016, at Irvine, California.

*/s/ Michael A. Deshong*
Michael A. Deshong

## PROOF OF SERVICE BY MAIL

I, Estelle S. Pete, am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 29, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:

Dean, on Behalf of Himself
General Delivery
In Care of 4800 August Street, Unit 10
Los Angeles, CA 90008-9998
T: (562) 920-2626
*PRO SE*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on June 29, 2016, at Irvine, California.

*Estelle S. Pete*
Estelle S. Pete